IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA RATINVOA derivatively on behalf of JUNIPER NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOHNSON, et. al.<br><br>Defendant. | CASE NO. 5:11-cv-04792-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Douglas E. Julie, whose business address and telephone number is

Levi & Korsinsky LLP
30 Broad Street, 15th Floor
New York, NY 10004 (212) 363-7500

and who is an active member in good standing of the bar of The State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Olga Ratinova

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: January 3, 2012

_____
Lucy H. Koh
United States District Judge

ORIGINAL