IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JUNIPER NETWORKS, INC., et al.,<br><br>Defendants. | CASE NO. 5:11-CV-04003-LHK<br><br>JUDGMENT |

Defendants' motion to dismiss having been granted without leave to amend and the action having been dismissed with prejudice,

Judgment is entered for Defendants against Plaintiffs. The Clerk of the Court shall close the file.

Dated: May 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

CASE NO. 5:11-CV-04003-LHK
JUDGMENT